



View more images

# 22"L x 44.5"W Vinyl/Steel 6 Wheel FASTENAL Racing Creeper

## Fastenal Approved Vendor

Wholesale Price: $166.53

| | |
|---|---|
| Fastenal Part No. (SKU): | 5100617 |
| UNSPSC: | 24101508 |
| Manufacturer: | Fastenal Approved Vendor |
| Category: | Fleet & Automotive > Automotive Specialty Tools > Cranes & Creepers > Creepers |

**Package Quantity:** 1 (EA)

Show Inventory Availability for my local Fastenal store

I do not have an account with Fastenal - show Inventory Availability for Web Store

Check another store for availability

**Quantity** 1 x 1 (EA)

[ Add to Cart ]

## Product Details

| | |
|---|---|
| Height: | 3-5/8" |
| Length: | 22" |
| Style: | Carl Edwards Racing |
| Type: | Creeper |
| Width: | 44-1/2" |
| Number of Wheels: | 6 |
| Product Weight: | 25.8 lbs. |
| Notes: | Limited Edition<br>Professional Grade |

Copyright © 2012 Fastenal Company. All Rights Reserved.

EXHIBIT 4





